374 A.2d 975

**PENNSYLVANIA DUTCH CO., INC.,**
Appellant,

v.

**PENNSYLVANIA AMISH CO., INC., Theodore A. Tichy and
Annie Lee Tichy, his wife, and Peter J. Shue and
Jennie Lee Shue, his wife, Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 14, 1976.

Decided July 8, 1977.

McNees, Wallace & Nurick, Rod J. Pera, Harrisburg, Faller & Del Duca, George B. Faller, Carlisle, for appellant.

Paul & Paul, James C. McConnon, John F. McNulty, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Appellant to bear costs.

JONES, former C. J., did not participate in the decision of this case.